FILED' 11 MAR 14 15:06USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SUSAN STOFIEL, an individual,

        Plaintiff(s),        Civil No. 10-1556-JO

v,        ORDER OF DISMISSAL

PACIFIC COURIER SERVICES, LLC,
a domestic limitd liability company,

        Defendant(s).

The Court having been informed by counsel for the parties that this action has been settled,

IT IS HEREBY ORDERED this action is dismissed with prejudice and without costs and with leave, upon good cause shown, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Magistrate Judge Paul Papak will retain jurisdiction over the settlement.

DATED:    March 14, 2011.

*Cindy A. Schultz*
CINDY A. SCHULTZ
DEPUTY COURT CLERK